IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT E. VILLALBA,

        Plaintiff,

 v.

PELICAN BAY STATE PRISON MEDICAL CARE SYSTEM, et al.,

        Defendants.
                                                   /

No. CV-08-5282 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED without further leave to amend.

Dated: April 23, 2009

                                                      Richard W. Wieking, Clerk

                                                      By: Tracy Lucero
                                                      Deputy Clerk